UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JAMES WESLEY McCULLERS<br>LA. DOC #503240<br>VS. | CIVIL ACTION NO. 3:10-CV-0420<br>SECTION P<br>JUDGE DONALD E. WALTER |
| LARRY COX, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED IT IS ORDERED** that plaintiff's civil rights complaint seeking damages and injunctive relief, be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's motion for class action certification is **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 22 day of July, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE